UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OYUKY MARICELA VALTIERRA-LULE,

Plaintiff,

v.

TARGET CORPORATION,

Defendant.

Case No. 25-cv-08790-NW

**ORDER VACATING ALL DATES AND DIRECTING PARTIES TO FILE DISMISSAL OR STATUS REPORT**

Re: ECF No. 18

On April 15, 2026, the parties filed a notice of settlement stating that the parties "reached an agreement to resolve this action in its entirety" and indicated that they "intend to file a dismissal within 60 days." *Id.* Accordingly, all dates, including the December 16, 2026 pretrial conference and January 4, 2027 trial, are VACATED.

Parties shall file their stipulation of dismissal within forty-five days by Monday, June 1, 2026. The Court sets a compliance hearing regarding dismissal for Wednesday, June 17, 2026, at 10:00 a.m. in Courtroom 3, 5th Floor, Federal Courthouse, 280 South First Street, San Jose, California. If the case is not dismissed by the hearing date, the compliance hearing will be converted into an order to show cause why the case should not be dismissed. All parties shall file an objection to the order to show cause in writing by Wednesday, June 3, 2026. Counsel must appear at the hearing in person; no remote appearances will be permitted.

**IT IS SO ORDERED.**

Dated: April 30, 2026

_____

Noël Wise
United States District Judge