Marie C. Ballon
Valero Law Group
45 E. Julian Street
San Jose, CA 95112
Telephone: (408) 441-1226
Fax:        (408) 441-1733
Email:      mballon@valerolawgroup.com
Attorneys for Plaintiff OYUKY MARCIELA VALTIERRA-LULE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OYUKY MARCIELA VALTIERRA-LULE,<br><br>     Plaintiff(s),<br><br>  vs.<br><br>TARGET CORPORATION,<br><br>     Defendant(s). | CASE NO. 25-cv-08790-NW<br><br>Assigned For All Purposes to the Honorable District Judge Noel Wise<br><br>**JOINT STIPULATION OF DISMISSAL; [PROPOSED] ORDER** |

Plaintiff OYUKY MARCIELA VALTIERRA-LULE and Defendant TARGET

CORPORATION, by and through their counsel of record, hereby stipulate under Federal Rule of Civil

Procedure 41(a)(1)(ii) that  this action be dismissed with  prejudice, in its entirety.

DATED: May 18, 2026                    Respectfully submitted,

                                               EMILY FOWLER

                                             */s/ Emily Fowler*
                                             Attorneys for Defendant

DATED: May 18, 2026                    */s/ Marie C. Ballon*
                                             MARIE C. BALLON (CABN 227191)
                                             Valero Law Group
                                             Attorney for Plaintiff

## [PROPOSED] ORDER

Based on the parties' stipulation, the Clerk of the Court is directed to dismiss the matter with prejudice. All existing dates and deadlines in this matter are hereby vacated.

**IT IS SO ORDERED.**

Dated:  May 19, 2026

_____

NOEL WISE
United States District Judge

JOINT STIPULATION FOR DISMISSAL; [PROPOSED] ORDER
25-cv-08790-NC

*Oyuky Maricela Valtierra-Lule vs. Target Corporation, et al.*
United States District Court – Northern District of California
San Jose Division Case No. 5:25-cv-8790

**CERTIFICATE OF SERVICE**

I am employed in the County of San Francisco, California, and I am over the age of 18 years and not a party to the within action. My electronic notification address is alei@vmbllp.com and my business address is 456 Montgomery Street, Suite 1300, San Francisco, California 94104.

On **May 18, 2026**, I served or caused the within: **JOINT STIPULATION OF DISMISSAL; [PROPOSED] ORDER** on the attorney(s) of record in this action as follows:

   **X**          by having a true copy thereof caused to be served via **electronic service** to the person(s) at the address(es) as set forth below.

**Plaintiff's Attorney:**
Marie C. Ballon, Esq.
Arianne G. Espinueva, Esq.
Valero Law Group
22440 Clarendon Street, Suite 200
Woodland Hills, California 91367
Telephone No:  (818) 591-4300
San Jose Tele:   (408) 441-1226
Facsimile No:   (818) 591-4315
Email:            mballon@valerolawgroup.com
                    aespinueva@valerolawgroup.com

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on **May 18, 2026** at San Francisco, California.

    _/s/ Alice Lei_
    Alice Lei